SIERKS, LANE & SIERKS OIL Co., INC., v. HARRISON B. FREEMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. DOROTHY STONE and DOROTHY STONE, as Administratrix, etc., of WILLIAM STONE, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CHARLES V. CONNERS v. HARNISCHFEGER SALES CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MURIEL C. HEPNER MAREK and Another v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE CUNEO PRESS, INC., v. WARREN A. ANGEL, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CONSOLIDATED INDEMNITY AND INSURANCE COMPANY v. CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, as Successor to STRAUS NATIONAL BANK AND TRUST COMPANY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MARY ELLEN STEINREICH v. KENNETH P. STEINREICH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Proceedings Supplementary to Execution: JOSEPH H. SAND v. STANLEY Y. BEACH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.